THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Paul Singleton, Petitioner, 
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Georgetown County
J. Michael Baxley, Circuit Court Judge
Paula H. Thomas, Post-Conviction Relief Judge

Unpublished Opinion No. 2008-UP-269
Submitted April 1, 2008  Filed May 19, 2008

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Robert M. Pachak, of Columbia, and Paul D. Singleton, of Ridgeville,
 for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General 
 
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of
 certiorari from the denial of his application for post-conviction relief (PCR).  
Because there is
 sufficient evidence to support the PCR judges finding that Petitioner is
 entitled to a belated appeal, we grant the petition for a writ of certiorari
 and proceed with a review of the direct appeal issue pursuant to Davis v.
 State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
Petitioners appeal
 is dismissed[1],
 after consideration of Petitioners pro se brief and review pursuant to Anders
 v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is
 granted. 
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.